IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD MICHAEL TOMASELLA <br> *Plaintiff,* <br><br> v. <br><br> DIVISION OF CHILD SUPPORT, ET AL; <br> *Defendants.* | § § § § § § § § § | Case No. 3:20-cv-00476-S-BH |

**ORDER GRANTING JUDGE BLAIR'S FIRST AMENDED MOTION TO DISMISS**

ON THIS DAY came to be heard the First Amended Motion to Dismiss filed by Defendant Judge Casey Blair ("Judge Blair"). After due consideration of the law and the filings of parties, the Court finds said motion meritorious. It is therefore,

**ORDERED** that Judge Blair's First Amended Motion to Dismiss is **GRANTED**. It is further **ORDERED** that Plaintiff's claims are DISMISSED WITH PREJUDICE in their entirety.

SIGNED this _____ day of _____, 2021.

_____
HON. KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE