Kaufman County
Laura Hughes
County Clerk

Instrument Number: 2017-0000034

OATH

Party: _____BEAVERS BRYAN_____

Billable Pages: 2
Number of Pages: 3

| FILED AND RECORDED – REAL RECORDS | CLERKS COMMENTS |
|---|---|
| On: 01/03/2017 at 08:57 AM<br><br>Document Number: 2017-0000034<br><br>Receipt No: 17-020<br><br>Amount: $ 0.00<br><br>Vol/Pg: V:5229 P:488 | WALK IN<br><br>STATEMENT OF ELECTED / APPOINTED OFFICER |



STATE OF TEXAS
COUNTY OF KAUFMAN
I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the Official Public Records of Kaufman County, Texas.

*Laura A. Hughes*

Laura Hughes, County Clerk

Recorded By: _____Monique Hunter_____, Deputy

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

Record and Return To:
LAURA HUGHES
100 WEST MULBERRY
KAUFMAN, TX  75142




EXHIBIT A

#2017-0000034  Recording Date: 01/03/2017 08:57:04 AM  Page 2 of 3  B: OPR V: 5229 P: 489



INST # 2017-0000034

# THE STATE OF TEXAS

## Statement of Elected/Appointed Officer

I, _____BRYAN BEAVERS_____, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

_____
Signature

Bryan Beavers
Printed Name

Sheriff
Position to Which Elected/Appointed

Kaufman County
City and/or County

SWORN TO and subscribed before me by affiant on this ___1st___ day of __January__ 20_17_

_____
Signature of Person Authorized to Administer Oaths/Affidavits

Bruce Wood
Printed Name

Kaufman County Judge
Title

FILED FOR RECORD
KAUFMAN CO. TEXAS
2017 JAN -1 PM 2:59
LAURA A. HUGHES
COUNTY CLERK
BY: _____ DEPUTY

(Seal)

Pursuant to Tex. Const. Art. XVI, §1(b), (amended 2001). Revised by the Division for Regional and Local Health Services, February 2008.



#2017-0000034  Recording Date: 01/03/2017 08:57:04 AM   Page 3 of 3   B: OPR V: 5229 P: 490

In the name and by the authority of

# The State of Texas

## OATH OF OFFICE

I, **BRYAN BEAVERS**, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of **Kaufman County Sheriff** of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

FILED FOR RECORD
KAUFMAN CO. TEXAS
2017 JAN -1 PM 2:59
LAURA A. HUGHES
COUNTY CLERK
BY: _____ DEPUTY

_____
Affiant

SWORN TO and subscribed before me by affiant on this 1st day of January, 2017.

_____
Signature of Person Administering Oath

B. Michael Chitty
Printed Name

Kaufman County ~~Judge~~ 422nd Judicial District Judge
Title

A CERTIFIED COPY
ATTEST January 14, 2021
LAURA HUGHES COUNTY CLERK
KAUFMAN COUNTY, TEXAS
By _____ Deputy

INST # 2017-0000034
Filed for record in Kaufman County
On: 1/3/17 at 8:57 AM