IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TODD MICHAEL TOMASELLA on behalf of the ESTATE OF TODD MICHAEL TOMASELLA, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN K. PAXTON, JR. KAUFMAN COUNTY TEXAS, DIVISION OF CHILD SUPPORT, KAUFMAN COUNTY CHILD SUPPORT, 88TH DISTRICT COURT, RUTH BLAKE, CASEY BLAIR, BRYAN W. BEAVERS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> NO. 3:20-CV-0476-S |

ORDER

On this day, came on to be considered, Defendants Beavers and Hughey's ("Defendants") Motion to Dismiss Plaintiff's Amended Complaint in the above-styled and numbered cause of action.

The Court finds Defendants' arguments well taken and, therefore, meritorious. It is hereby ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is GRANTED and that all claims against Defendants Beavers and Hughey are hereby dismissed with prejudice.

Signed _____ ___, 2021.

_____
UNITED STATES DISTRICT JUDGE