IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TODD MICHAEL TOMASELLA,<br>  Plaintiff,<br>vs.<br><br>DIVISION OF CHILD SUPPORT, et al.,<br>  Defendants. | §<br>§<br>§<br>§  Civil Action No. 3:20-CV-0476-S-BH<br>§<br>§<br>§  Referred to U.S. Magistrate Judge[1] |

### ORDER

Before the Court for determination is *Plaintiffs' Motion for Leave of Court to File Response to Judge Blairs' MTD [Doc 62-63]*, filed April 6, 2021 (doc. 91).

The defendant may file a response *and brief containing citations to relevant authorities*[2] no later than **Wednesday, April 14, 2021**. The plaintiff may not file a reply.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 8th day of April, 2021.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

[2] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.