IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TODD MICHAEL TOMASELLA,<br>    Plaintiff,<br>vs.<br><br>DIVISION OF CHILD SUPPORT, et al.,<br>    Defendants. | §<br>§<br>§<br>§  Civil Action No. 3:20-CV-0476-S-BH<br>§<br>§<br>§  Referred to U.S. Magistrate Judge[1] |

## AMENDED ORDER

Before the Court for determination is *Plaintiffs' Motion for Leave of Court to File Response to Judge Blairs' MTD [Doc 62-63]*, filed April 6, 2021 (doc. 91). The motion is **GRANTED**. The Clerk of Court shall file the proposed response attached to the motion.

**SO ORDERED** on this 24th day of May, 2021.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.