# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TODD MICHAEL TOMASELLA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-476-S-BH |
| | § | |
| DIVISION OF CHILD SUPPORT, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that:

1.    Plaintiff's state law claims for invasion of privacy, intentional infliction of emotional distress, tortious interference, civil conspiracy, and malicious prosecution, as well as his claim under the Racketeer Influence and Corrupt Organizations Act against Defendants Casey Blair, Bryan Beavers, Rhonda Hughey, and Warren Kenneth Paxton are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

2.    To the extent Plaintiff's allegations can be construed as asserting a claim under 42 U.S.C. § 1983 for violation of his First Amendment rights against Defendants Casey Blair, Bryan Beavers, Rhonda Hughey, and Warren Kenneth Paxton, this claim is also **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

3.    Plaintiff's constitutional claims for violations of his Fourth, Sixth, Eighth, and Fourteenth Amendment under 42 U.S.C. § 1983, as well as his state law claims for false arrest, and false imprisonment, against Defendants Casey Blair, Bryan Beavers, Rhonda Hughey, and Warren Kenneth Paxton are **DISMISSED** with prejudice for failure to state a claim.

4.    The taxable costs of court for Defendants Casey Blair, Bryan Beavers, Rhonda

1

Hughey, and Warren Kenneth Paxton, as calculated by the Clerk of the Court, are assessed against Plaintiff.

5.      Under Federal Rule of Civil Procedure 54(b), the court expressly determines that there is not just reason for delay and directs the clerk of the court to enter this as a final judgment as to Defendants Casey Blair, Bryan Beavers, Rhonda Hughey, and Warren Kenneth Paxton.

6.      The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SO ORDERED.**

SIGNED September 27, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

2