# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TODD MICHAEL TOMASELLA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-476-S-BH |
| | § | |
| DIVISON OF CHILD SUPPORT, et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 134. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Plaintiff's claims against Defendants Ruth Blake and Kaufman County Child Support will be *sua sponte* **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

SIGNED July 26, 2022.

_____
**UNITED STATES DISTRICT JUDGE**